# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

| | | |
|---|---|---|
| **RODERIC THEODORE** | § | **PLAINTIFF** |
| | § | |
| v. | § | Civil Action No. 1:08CV1407-LG-RHW |
| | § | |
| **JACQUELYN BANKS, Warden** | § | **DEFENDANTS** |

## JUDGMENT

This matter having come on to be heard on the Proposed Findings of Fact and Recommendation [12] entered by United States Magistrate Judge Robert H. Walker, the Court, after a full review and consideration of the Recommendation, the pleadings on file, and the relevant legal authority, finds that in accord with the Order entered herewith,

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the Proposed Findings of Fact and Recommendation [12] entered by United States Magistrate Judge Robert H. Walker on July 28, 2009, be, and the same hereby is, adopted as the finding of this Court. This lawsuit is hereby **DISMISSED**.

**SO ORDERED AND ADJUDGED** this the 26th day of August, 2009.

s/ *Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE